**Dismissed and Memorandum Opinion filed August 20, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00543-CR

---

## JOHN MANUEL CASTILLO, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1373069**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to burglary with intent to commit assault. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on June 5, 2013, to confinement for four years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Frost, Boyce and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).